**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8.80 ACRES OF LAND, MORE OR | ) |
| LESS, IN FREDERICK COUNTY, | ) |
| MARYLAND AND TIMOTHY PRY, | ) |
| ET UX., et al., | ) |
| | ) |
| Defendants, | ) |

APR 6 - 2000

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL JFM-97-4196 |
| | ) | CIVIL JFM-97-4197 |
| vs. | ) | and |
| | ) | CIVIL JFM-93-2612 ✓ |
| 42.61 ACRES OF LAND, MORE OR | ) | |
| LESS, IN FREDERICK COUNTY, | ) | HON. J. FREDERICK MOTZ |
| MARYLAND AND HEIRS OF ANNA | ) | |
| CARROLL HORSEY, et al., | ) | ORDER FOR INVESTMENT |
| | ) | OF FUNDS |
| Defendants. | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 19.75 ACRES OF LAND, MORE OR | ) |
| LESS, IN FREDERICK COUNTY, | ) |
| MARYLAND AND THE HEIRS OF | ) |
| ERASMUS WEST,   et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

WHEREAS, a Final Judgment has been entered in these proceedings and funds 

have been deposited in the registry of this Court in the total amount of Two Hundred Fifty-Two Thousand Five Hundred Fifty-Nine Dollars and Fifty Cents ($252,559.50), and disbursement has been made to various defendants in the amount of $144,024.21.  The remaining sum of One Hundred Eight Thousand Five Hundred Thirty-Five Dollars and Twenty-Nine Cents ($108,535.29) can not be disbursed since questions remain as to who is properly entitled to these funds and in what amounts.

IT IS ORDERED that the Clerk of the United States District Court for the District of Maryland invest said sum of $108,535.29 in an interest bearing account until such time as it is withdrawn from the registry of the Court or returned to the Treasury of the United States pursuant to Title 28 U.S.C. § 2042.

THUS DONE AND SIGNED the ____ Day of _____ 2000.

_____
UNITED STATES DISTRICT JUDGE