IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>V.<br><br>8.80 ACRES OF LAND, MORE OR LESS, IN FREDERICK COUNTY, MARYLAND AND TIMOTHY PRY, ET UX., *et al.*,<br>        Defendants,<br><br><br>UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>V.<br><br>42.61 ACRES OF LAND, MORE OR LESS, IN FREDERICK COUNTY, MARYLAND AND HEIRS OF ANNA CARROLL HORSEY , *et al.*,<br>        Defendants,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>V.<br><br>19.75 ACRES OF LAND, MORE OR LESS, IN FREDERICK C0UNTY, MARYLAND AND THE HEIRS OF ERASMUS WEST, *et al.*,<br>        Defendants, | Civil JFM-97-4196<br>Civil JFM-97-4197<br>      and<br>Civil JFM-93-2612<br><br>HON. J. FREDERICK MOTZ |



## (PROPOSED) ORDER OF DISTRIBUTION
## OF DEPOSITED FUNDS TO HEIRS OF THOMAS POTTS LEE

The Court, having fully considered the Motion for an Order of Distribution of Deposited Funds to the heirs of Thomas Potts Lee, the supporting Memorandum, and the attached documents, and being fully advised in the premises, makes the following order of distribution.

IT IS ADJUDGED, ORDERED AND DECREED that from that portion of the funds deposited in the registry of the Court as the full just compensation for the taking of the estate described in the Amended Complaint in tracts 407-36, Parcel B, and 407-55, Parcel B, distribution shall be made to the following heirs of Thomas Potts Lee in the amounts listed below plus any interest accrued on each share while on deposit with the Court:

| | |
|---|---|
| Maria Gabriela Lee<br>Amatlan 66, Colonia Condesa<br>Cuauhtemoc, Mexico 06140<br>D.F. MEXICO | $568.50 |
| John Dominic Lee<br>Amatlan 66, Colonia Condesa<br>Cuauhtemoc, Mexico 06140<br>D.F. MEXICO | $568.50 |
| William Henry Lee<br>Amatlan 66, Colonia Condesa<br>Cuauhtemoc, Mexico 06140<br>D.F. MEXICO | $568.50 |

HONORABLE J. FREDERICK MOTZ
United States District Judge

2